1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

9
10

KAY CHARLENE BENNET, aka KAY )
CHARLENE GRAHAM,                )
                                )
11                              )
                  Plaintiff,    )
12                              )
          v.                    )
13                              )
ENCORE RECEIVABLE              )
14 MANAGEMENT, INC.,           )
                                )
                  Defendant.    )
15 _____ )

NO. 09-0042

ANSWER TO PLAINTIFF'S
COMPLAINT FOR ALLEGED
VIOLATIONS OF THE FAIR
DEBT COLLECTION
PRACTICES ACT AND STATE
CONSUMER PROTECTION
ACT

16
17

COMES NOW Defendant Encore Receivable Management, Inc., and for

18
its Answer to Plaintiff's Complaint, states as follows:

19
20

I. STATEMENT OF THE CASE

21

1.     Encore admits the statement in Paragraph 1.1 of Plaintiff's

22
Complaint that Plaintiff has filed a claim for injunctive relief, but denies that

23
24 she states a claim that would entitle her to relief.

25
26
27
28

ANSWER TO
PLAINTIFF'S
COMPLAINT

-1-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

## II.  PARTIES

2.     Encore lacks sufficient knowledge to admit or deny the allegations in Paragraph 2.1 of Plaintiff's Complaint and, therefore, denies the same for the present time.

3.     Encore lacks sufficient knowledge to admit or deny the allegations in Paragraph 2.2 of Plaintiff's Complaint and, therefore, denies the same for the present time.

4.     Encore lacks sufficient knowledge to admit or deny the allegations in Paragraph 2.3 of Plaintiff's Complaint and, therefore, denies the same for the present time.

5.     Paragraph 2.4 of the Complaint states a legal conclusion.  To the extent that any allegations are made against Encore, such allegations are denied.

6.     Encore admits the allegations in Paragraph 2.5 of the Complaint.

7.     Encore admits the allegations in Paragraph 2.6 of the Complaint.

8.     Encore admits that it falls within the definition of a debt collector under the FDCPA, 15 U.S.C. § 1692a(6), but denies that the FDCPA applies to this case and denies any remaining allegations in Paragraph 2.7 of Plaintiff's Complaint.

ANSWER TO
PLAINTIFF'S
COMPLAINT

-2-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

9.     Encore admits the allegations in Paragraph 2.8 of the Complaint.

### III.  JURISDICTION AND VENUE

10.    Encore admits generally the assertion in the first unlabeled Paragraph under section III of Plaintiff's Complaint that jurisdiction and venue could properly be found in the Spokane County Superior Court. Encore asserts that this case, however, has been properly removed to the Eastern District of Washington, United States District Court, which court generally has jurisdiction over claims arising under 15 U.S.C. § 1692 et. seq. and is proper venue for this case.  Encore denies that Plaintiff has any claim herein.

11.    Encore denies the allegations in the second unlabeled Paragraph under section III of Plaintiff's Complaint.

### IV.  FACTS

12.    Encore admits the allegations in Paragraph 4.1 of the Complaint.

13.    Encore lacks sufficient knowledge to admit or deny the allegations in Paragraph 4.2 of Plaintiff's Complaint and, therefore, denies the same for the present time.

14.    Encore lacks sufficient knowledge to admit or deny the allegations in Paragraph 4.3 of Plaintiff's Complaint and, therefore, denies the same for the

ANSWER TO
PLAINTIFF'S
COMPLAINT

-3-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

1 | present time.

2
3 | 15.    Encore lacks sufficient knowledge to admit or deny the allegations

4 | in Paragraph 4.4 of Plaintiff's Complaint and, therefore, denies the same for the

5 | present time.

6
7 | 16.    Encore lacks sufficient knowledge to admit or deny the allegations

8 | in Paragraph 4.5 of Plaintiff's Complaint and, therefore, denies the same for the

9
10 | present time.

11 | 17.    Encore denies the allegations in Paragraph 4.6 of the Complaint.

12 | Encore further states that it has a contract to provide collection services to

13
14 | various creditors, and it is not the owner, assignee, or transferee of this debt.

15 | 18.    Encore admits the allegations in Paragraph 4.7 of the Complaint.

16 | 19.    Encore admits that December 23, 2008, is two days before
17
18 | Christmas.  Encore lacks sufficient knowledge to admit or deny the remaining

19 | allegations in Paragraph 4.8 of Plaintiff's Complaint and, therefore, denies the

20
21 | same for the present time.

22 | 20.    Encore denies the allegations in Paragraph 4.9 of the Complaint.

23
24 | 21.    Encore denies the allegations in Paragraph 4.10 of the Complaint.

25 | 22.    Encore lacks sufficient knowledge to admit or deny the allegations

26
27 | ANSWER TO
PLAINTIFF'S
28 | COMPLAINT

-4-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

in Paragraph 4.11 of Plaintiff's Complaint and, therefore, denies the same for the present time.

23.     Encore lacks sufficient knowledge to admit or deny the allegations in Paragraph 4.12 of Plaintiff's Complaint and, therefore, denies the same for the present time.

24.     Encore lacks sufficient knowledge to admit or deny the allegations in Paragraph 4.13 of Plaintiff's Complaint and, therefore, denies the same for the present time.

25.     Encore denies the allegations in Paragraph 4.14 of the Complaint.

## V.  FAIR DEBT COLLECTION PRACTICES ACT

### (Application of the FDCPA)

26.     Encore repeats and restates its responses in Paragraphs 1 through 25 above as if fully set forth herein.

27.     Paragraph 5.2 of Plaintiff's Complaint states the law.  To the extent that any allegations are made against Encore, such allegations are denied.

28.     Paragraph 5.3 of Plaintiff's Complaint states the law.  To the extent that any allegations are made against Encore, such allegations are denied.

29.     Paragraph 5.4 of Plaintiff's Complaint states the law.  To the

ANSWER TO
PLAINTIFF'S
COMPLAINT

-5-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

extent that any allegations are made against Encore, such allegations are denied.

30.     Encore admits that it falls within the definition of a debt collector under the FDCPA, 15 U.S.C. § 1692a(6), but denies that the FDCPA applies to this case and denies any remaining allegations in Paragraph 5.5 of Plaintiff's Complaint.

31.     Encore denies the allegations in Paragraph 5.6 of the Complaint.

## VI. FIRST CAUSE OF ACTION

Alleged Fair Debt Collection Practices Act Violation

(Alleged False, Deceptive, or Misleading Representations)

32.     Encore repeats and restates its responses in Paragraphs 1 through 31 above, as if fully set forth herein.

33.     Paragraph 6.2 of Plaintiff's Complaint states the law.  To the extent that any allegations are made against Encore, such allegations are denied.

34.     Paragraph 6.3 of Plaintiff's Complaint states the law.  To the extent that any allegations are made against Encore, such allegations are denied.

35.     Paragraph 6.4 of Plaintiff's Complaint states the law.  To the extent that any allegations are made against Encore, such allegations are denied.

36.     Paragraph 6.5 of Plaintiff's Complaint states the law.  To the

ANSWER TO
PLAINTIFF'S
COMPLAINT

-6-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

1 extent that any allegations are made against Encore, such allegations are denied.

2
3       37.     Encore denies the allegations in Paragraph 6.6 of the Complaint.

4       38.     Encore denies the allegations in Paragraph 6.7 of the Complaint.

5
6       39.     Encore denies the allegations in Paragraph 6.8 of the Complaint.

7       40.     Paragraph 6.9 of Plaintiff's Complaint states a legal conclusion.

8 Further, Encore denies the allegations in Paragraph 6.9 of Plaintiff's Complaint.

9
10      41.     Paragraph 6.10 of Plaintiff's Complaint states a legal conclusion.

11 Further, Encore denies the allegations in Paragraph 6.10 of the Complaint.

12      42.     Encore denies the allegations in Paragraph 6.11 of the Complaint.

13
14      43.     Encore denies the allegations in Paragraph 6.12 of the Complaint.

15                  VII.  SECOND CAUSE OF ACTION

16                  (Alleged Unfair Harassment - Communication)

17
18      44.     Encore repeats and restates its responses in Paragraphs 1 through

19 43 above, as if fully set forth herein.

20
21      45.     Paragraph 7.2 of Plaintiff's Complaint states the law.  To the

22 extent that any allegations are made against Encore, such allegations are denied.

23
24      46.     Encore denies the allegations in Paragraph 7.3 of Plaintiff's

25 Complaint.

26
ANSWER TO
27 PLAINTIFF'S
COMPLAINT
28

-7-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

47.     Encore denies the allegations in Paragraph 7.4 of the Complaint.

48.     Encore denies the allegations in Paragraph 7.5 of the Complaint.

49.     Encore denies the allegations in Paragraph 7.6 of the Complaint.

50.     Encore denies the allegations in Paragraph 7.7 of the Complaint.

51.     Encore denies the allegations in Paragraph 7.8 of the Complaint.

52.     Encore denies the allegations in Paragraph 7.9 of the Complaint.

VIII.  THIRD CAUSE OF ACTION

(Alleged State Collection Agency Act Violation)

53.     Encore repeats and restates its responses in Paragraphs 1 through 52 above, as if fully set forth herein.

54.     Paragraph 8.2 of Plaintiff's Complaint states the law.  To the extent that any allegations are made against Encore, such allegations are denied.

55.     Paragraph 8.3 of the Complaint makes a legal conclusion.  To the extent that any allegations are made against Encore, such allegations are denied.

56.     Encore denies the allegations in Paragraph 8.4 of the Complaint.

57.     Encore denies the allegations in Paragraph 8.5 of the Complaint.

58.     Encore denies the allegations in Paragraph 8.6 of the Complaint.

59.     Encore denies the allegations in Paragraph 8.7 of the Complaint.

ANSWER TO
PLAINTIFF'S
COMPLAINT

-8-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

## IX.  FOURTH CAUSE OF ACTION

### (Alleged Consumer Protection Act Violation)

60.     Encore repeats and restates its responses in Paragraphs 1 through 59 above, as if fully set forth herein.

61.     Encore denies the allegations in Paragraph 9.2 of the Complaint.

62.     Paragraph 9.3 of Plaintiff's Complaint states the law.  To the extent that any allegations are made against Encore, such allegations are denied.

63.     Paragraph 9.4 of the Complaint makes a legal conclusion.  To the extent that any allegations are made against Encore, such allegations are denied.

64.     Paragraph 9.5 of the Complaint makes a legal conclusion.  To the extent that any allegations are made against Encore, such allegations are denied.

65.     Encore denies the allegations in Paragraph 9.6 of the Complaint.

66.     Paragraph 9.7 of Plaintiff's Complaint purports to quote a case, and makes a legal conclusion.  To the extent that any allegations are made against Encore, such allegations are denied.

67.     Paragraph 9.8 of the Complaint makes a legal conclusion.  To the extent that any allegations are made against Encore, such allegations are denied.

68.     Paragraph 9.9 of the Complaint makes a legal conclusion.  To the

ANSWER TO
PLAINTIFF'S
COMPLAINT

-9-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

extent that any allegations are made against Encore, such allegations are denied.

69.     Paragraph 9.10 of the Complaint makes a legal conclusion.  To the extent that any allegations are made against Encore, such allegations are denied.

70.     Paragraph 9.11 of the Complaint purports to quote a case.  To the extent that any allegations are made against Encore, such allegations are denied.

71.     Paragraph 9.12 of the Complaint makes a legal conclusion. Further, Encore denies the allegations in Paragraph 9.12 of the Complaint.

72.     Paragraph 9.13 of the Complaint purports to state the law.  To the extent that any allegations are made against Encore, such allegations are denied.

73.     Paragraph 9.14 of the Complaint purports to state the law.  To the extent that any allegations are made against Encore, such allegations are denied.

74.     Encore denies the allegations in Paragraph 9.15 of the Complaint.

75.     Paragraph 9.16 of Plaintiff's Complaint makes a legal conclusion. Further, Encore denies the allegations in Paragraph 9.16 of the Complaint.

76.     Paragraph 9.17 of Plaintiff's Complaint makes a legal conclusion. Further, Encore denies the allegations in Paragraph 9.17 of the Complaint.

77.     Paragraph 9.18 of Plaintiff's Complaint makes a legal conclusion. Further, Encore denies the allegations in Paragraph 9.18 of the Complaint.

ANSWER TO
PLAINTIFF'S
COMPLAINT

-10-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

78.   Encore denies the allegations in Paragraph 9.19 of the Complaint.

79.   Encore denies the allegations in Paragraph 9.20 of the Complaint.

80.   Encore denies the allegations in Paragraph 9.21 of the Complaint.

X.  FIFTH CAUSE OF ACTION

(Alleged FDCPA - Outrage Violation)

81.   Encore repeats and restates its responses in Paragraphs 1 through 80 above, as if fully set forth herein.

82.   Paragraph 10.2 of the Complaint makes a legal conclusion.  To the extent that any allegations are made against Encore, such allegations are denied.

83.   Encore denies the allegations in Paragraph 10.3 of the Complaint.

84.   Encore denies the allegations in Paragraph 10.4 of the Complaint.

85.   Encore denies the allegations in Paragraph 10.5 of the Complaint.

86.   Encore denies the allegations in Paragraph 10.6 of the Complaint.

87.   Encore denies the allegations in Paragraph 10.7 of the Complaint.

88.   Encore denies the allegations in Paragraph 10.8 of the Complaint.

XI. PRAYER FOR RELIEF

89.   Encore denies that Plaintiff is entitled to any of the relief requested in section XI, including sub-paragraphs A, B, C, D, E, F, G, H, I, J, K, and L.

ANSWER TO
PLAINTIFF'S
COMPLAINT

-11-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

## XII.  REQUEST FOR TRIAL BY JURY

90.    Encore denies that Plaintiff has any claim herein and, therefore, is not entitled to a jury trial in this action.

## XII. AFFIRMATIVE DEFENSES

1.    The Complaint fails to state a claim upon which relief can be granted.

2.    Defendant Encore affirmatively states that it maintains thorough training procedures for all employees who participate in collection communications.  Any collection communication, which allegedly violated the Fair Debt Collection Practices Act is subject to a bona fide error defense.

WHEREFORE, Encore Receivable Management, Inc. prays that Plaintiff's Complaint be dismissed with prejudice, for its attorney's fees and costs incurred herein, and for such further and other relief as the Court deems just and equitable.

DATED this 18th day of February, 2009.

/s/ Stephen A. Bernheim
Stephen A. Bernheim, WSBA #15225
Attorney for Encore Receivable
Management, Inc.

ANSWER TO
PLAINTIFF'S
COMPLAINT

-12-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com